# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| B.Y.C.C., on behalf of herself and on behalf of her minor child, M.S.C.C.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.<br>3:22-cv-06586-MAS-DEA<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Stephanie Ashley of Lowenstein Sandler LLP hereby enters her appearance as counsel of record for Plaintiffs, B.Y.C.C., on behalf of herself and on behalf of her minor child, M.S.C.C., in the above-captioned action. Accordingly, Plaintiffs respectfully request that any future Notices of Electronic Filing related to this case be forwarded to Ms. Ashley (sashley@lowenstein.com).

Dated: November 16, 2022

By: /s/ Stephanie Ashley
Stephanie Ashley
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 973-597-2500
Fax: 973.597.2400

*Pro Bono Counsel for Plaintiffs*