# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| B.Y.C.C. on behalf of herself and on behalf of her minor child, M.S.C.C., *Plaintiffs*, v. UNITED STATES OF AMERICA, *Defendant*. | Hon. Michael A. Shipp, U.S.D.J. Civil Action No. 22-06586 (MAS) **CONSENT ORDER** |

THIS MATTER having been brought before the Court by Defendant United States of America seeking an extension of time to answer, move, or otherwise respond to the Complaint until March 6, 2023; and counsel for Plaintiffs having consented to that date; and for good cause having been shown;

**IT IS** on this 18th day of January, 2023, **ORDERED** that Defendant shall answer, move, or otherwise respond to the Complaint by **March 6, 2023**.

_____
DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

At Trenton, New Jersey

We hereby consent to the form and entry of the above Order:

| | |
|---|---|
| LOWENSTEIN SANDLER LLP | PHILIP R. SELLINGER<br>United States Attorney |
| By: */s/ Natalie Kraner*<br>Stephanie Ashley<br>Natalie Kraner<br>*Attorneys for Plaintiffs* | By: */s/ Samantha R. D'Aversa*<br>JOHN F. BASIAK JR.<br>ANGELA JUNEAU<br>SAMANTHA R. D'AVERSA<br>Assistant U.S. Attorneys<br>*Attorneys for United States* |