PHILIP R. SELLINGER
United States Attorney
JOHN F. BASIAK JR.
ANGELA E. JUNEAU
SAMANTHA R. D'AVERSA
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
862-240-2409
angela.juneau@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| B.Y.C.C. on behalf of herself and on behalf of her minor child, M.S.C.C., | Hon. Michael A. Shipp, U.S.D.J. |
| *Plaintiffs,* | Civil Action No. 22-06586 (MAS) |
| v. | |
| UNITED STATES OF AMERICA, | **NOTICE OF APPEARANCE** |
| *Defendant.* | |

To:  WILLIAM T. WALSH
     United States District Court
     Clarkson S. Fisher Building & U.S. Courthouse
     402 East State Street
     Trenton, NJ 08608

The undersigned hereby enters an appearance on behalf of Defendant the United States of America in the above-referenced matter.

                                                Respectfully submitted,

                                                PHILIP R. SELLINGER
                                                United States Attorney

By:  /s/ Angela E. Juneau
     ANGELA E. JUNEAU
     Assistant United States Attorney

cc: All counsel of record