# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.J.P. on behalf of himself and on behalf of his minor child, O.R.J.J., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant.* | Hon. Michael A. Shipp, U.S.D.J. <br> Hon. Douglas E. Arpert, U.S.M.J. <br><br> Civil Action No. 22-06588 (MAS) (DEA) <br><br><br> **ORDER** |

This matter having come before the Court pursuant to the motion of Defendant the United States of America, requesting that the Court grant it leave to file an overlength brief of 50 pages in further support of its motion to dismiss; and Plaintiffs having taken no position on the United States' motion; and for good cause shown;

IT IS on this 7th day of March, 2023, ORDERED that Defendant's motion is GRANTED. It is FURTHER ORDERED that the United States may file a brief of up to 50 pages using 12-point proportional font in support of its motion to dismiss the Complaint.

_____
HON. DOUGLAS E. ARPERRT
United States Magistrate Judge

At Trenton, New Jersey

--terminates ECF No. 13