IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| B.Y.C.C. on behalf of herself and on behalf of her minor child, M.S.C.C., | Hon. Michael A. Shipp, U.S.D.J. |
| Plaintiffs, | Civil Action No. 22-06586 (MAS) (DEA) |
| v. | |
| UNITED STATES OF AMERICA, | CONSENT ORDER |
| Defendant. | |

**THIS MATTER** having come before the Court by way of the application of Plaintiffs B.Y.C.C. and M.S.C.C. ("Plaintiffs"), by and through their counsel, Lowenstein Sandler LLP, for the issuance of an Order extending the time in which Plaintiffs may respond to the Motion to Dismiss filed by Defendant United States of America ("Defendant"), ECF No. 13, until May 2, 2023; and it appearing that counsel for Defendant does not object to Plaintiffs' extension request; and for good cause having been shown:

**IT IS** on this 16th day of March, 2023,

**ORDERED** that the time in which Plaintiffs may file a response to the Motion to Dismiss is extended until **May 2, 2023**.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge