

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

___

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Samantha R. D'Aversa*
*Assistant United States Attorney*

*401 Market Street*
*P.O. Box 2098*
*Camden, NJ 08101*
samantha.daversa@usdoj.gov

main:   (856) 757-5026
direct: (856) 968-4928
fax:    (856) 757-5416

June 14, 2023

**Via Electronic Filing**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Letter Requesting Seven-Day Extension of Time to File a Consolidated Reply**
            ***B.Y.C.C., et al. v. United States*, No. 22-cv-06586-MAS**
            ***J.A.L.C., et al. v. United States*, No. 22-cv-06587-MAS**
            ***R.J.P., et al. v. United States*, No. 22-cv-06588-MAS**

Dear Judge Shipp:

      This Office represents Defendant the United States of America in the above-referenced matters. We write with the consent of Plaintiffs' counsel to respectfully request an additional seven days for the United States to file a consolidated reply brief in further support of its motions to dismiss. The current date by which the United States must reply is June 16, 2023. If the Court grants the United States' extension request, its reply brief will be due on June 23, 2023. Good cause exists to grant a short extension because this Office is required to coordinate with other Department of Justice components in responding to the arguments made in Plaintiffs' consolidated opposition brief, and additional time is needed to obtain the requisite approvals.

      If this proposal is acceptable to the Court, I respectfully request that Your Honor "so order" this letter and have the clerk file it on the docket. Thank you very much for your consideration of this request.

                                                   Respectfully submitted,

                                                   PHILIP R. SELLINGER
                                                   United States Attorney

By:   */s/ Samantha R. D'Aversa*
       SAMANTHA R. D'AVERSA
       Assistant United States Attorney
       *Attorneys for the United States*

cc:   All counsel of record
       AUSA John F. Basiak Jr.
       AUSA Angela E. Juneau

**So Ordered this 16th day of June, 2023.**

_____
**Honorable Michael A. Shipp,
U.S.D.J.**