**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
*Pro Bono Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| B.Y.C.C., on behalf of herself and on behalf of her minor child, M.S.C.C.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Hon. Michael A. Shipp, U.S.D.J.<br><br>Civil Action Nos. 22-06586 (MAS)<br><br>**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF MINOR'S SETTLEMENT**<br><br>**Return Date: July 1, 2024** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 1, 2024, or at a date and time to be scheduled by the Court, Plaintiff B.Y.C.C., on behalf of herself and on behalf of her minor child, M.S.C.C. ("Plaintiffs"), by and through their undersigned attorneys, will move before the Honorable Michael A. Shipp, U.S.D.J. in the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for entry of an Order granting the B.Y.C.C. Plaintiffs' Motion to Approve the Minor's Settlement in this matter.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum of Law and supporting exhibits submitted herewith in support of their Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant does not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Attorneys for Plaintiffs

Dated: June 7, 2024

By: _/s/ Natalie J. Kraner_
Natalie J. Kraner
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
nkraner@lowenstein.com

*Pro bono Counsel for Plaintiffs*