**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| B.Y.C.C., on behalf of herself and on behalf of her minor child, M.S.C.C.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 3:22-cv-06587-MAS-DEA<br><br>**[PROPOSED] ORDER APPROVING MINOR'S SETTLEMENT** |

This matter, having come before the Court on _____________, 2024, and attorneys for the Parties having reported to the Court that they have arrived at a settlement of the above-captioned matter, and the Defendant not opposing the within motion to approve the minor's settlement, and the Court having conducted a "friendly" hearing in accordance with N.J. Court Rule 4:44-3, and the Court having determined that the minor's settlement is fair and reasonable as to its amount and terms, and the Court being satisfied that the minor's settlement is in the minor's best interest, for good cause shown, **IT IS HEREBY ORDERED**:

1. The Court approves the settlement of the claims of minor Plaintiff M.S.C.C. in this action in accordance with the terms of the Stipulation for Compromise Settlement and Release attached to Plaintiffs' motion.

2. The Court approves the allocation of $200,000 of the settlement proceeds to Plaintiff B.Y.C.C., the mother, and $100,000 to Plaintiff M.S.C.C., the minor son. Plaintiffs' counsel have represented that they will not deduct any attorney's fees or costs from this settlement.

3. In accordance with N.J. Court Rule 4:44-3, Plaintiffs shall, within a reasonable time, take all steps necessary to effectuate the deposit of minor Plaintiff M.S.C.C.'s share of the settlement in the Surrogate's Intermingled Trust Fund administered by the Ocean County Surrogate's Office in New Brunswick, New Jersey, where Plaintiffs reside. Plaintiff M.S.C.C.'s settlement funds shall be held in such account for his benefit in accordance with New Jersey law. Consistent with N.J. Stat. Ann. § 3B:15-16, no bond shall be required.

DATED:______________ ____________________________
Hon. Michael A. Shipp, U.S.D.J.